UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TATSIANA HUPALA, d/b/a "ADAM'S OFFER," an individual,<br><br>Plaintiff,<br><br>v.<br><br>TIANHAI Central Air Conditioning Co., Ltd, SALLY BEARD an individual, AMAZON.COM, INC., and DOES 1-4,<br><br>Defendants. | Case No. C22-1408-RSM<br><br>ORDER DENYING MOTION FOR EXTENSION OF TIME |

This matter comes before the Court on Plaintiff Tatsiana Hupala's Motion for Extension of Time. Dkt #36. Plaintiff asks the Court to "[a]llow the plaintiff and the defendants to make a temporary pause in investigation of our case till [sic] the first of May 2023" because "[i]t is very necessary time to continue the investigation of our case in a proper way according with court rules." *Id*. This one-page Motion contains no additional information.

The Court interprets Plaintiff's Motion as requesting to stay the case. Plaintiff has failed to present good cause or any reason to grant this relief. Alternatively, Plaintiff may be requesting a stay of discovery. In any event, the Court will not grant this relief without good

ORDER DENYING MOTION FOR EXTENSION OF TIME - 1

Case 2:22-cv-01408-RSM   Document 37   Filed 01/03/23   Page 2 of 2

cause or some basis for the request. The Court will not delay its ruling on Amazon's pending Motion to Stay and Compel Arbitrary or to Dismiss, Dkt. #24.

    Having considered the briefing and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff Tatsiana Hupala's Motion, Dkt #36, is DENIED.

    DATED this 3rd day of January, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR EXTENSION OF TIME - 2